UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>GEORGE PEREZ,<br><br>           Defendant. | Case No. 2:22-mj-00109-VCF-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, June 3, 2022 at 4:00 p.m., be vacated and continued to July 5, 2022 at the hour of 4:00 p.m.; or to a time and date convenient to the court.

   DATED this 3rd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE