UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE PEREZ,<br><br>　　　　Defendant. | Case No. 2:22-mj-00109-VCF-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, July 5, 2022 at 4:00 p.m., be vacated and continued to August 4, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　DATED this 27th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE