**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GEORGE PEREZ,<br><br>            Defendant. | Case No. 2:22-mj-00109-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, August 4, 2022 at 4:00 p.m., be vacated and continued to October 3, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 25th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE